UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL F. SHEDLOCK,
Petitioner,

v.  CIVIL ACTION NO. 16-12152-PBS

STEVEN J. O'BRIEN,
Respondent.

REPORT AND RECOMMENDATION
ON PETITION FOR WRIT OF HABEAS CORPUS (#1).

KELLEY, U.S.M.J.

I. Introduction.

On October 25, 2016, Paul Shedlock filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 against Steven O'Brien, Superintendent of the Massachusetts Treatment Center in Bridgewater, Massachusetts, for relief from his December 2005 civil commitment under Mass. Gen. L. ch. 123A as a sexually dangerous person (SDP). (#1.) Shedlock based his petition on three grounds: (1) that he was denied his Fourteenth Amendment "right to proceed pro se" at his SDP trial, id. at 6; (2) that his Fourteenth Amendment "right to a timely determination" of dangerousness was violated, id. at 8; and (3) that the state court judge's SDP decision was "based upon an unreasonable determination of the facts in light of the evidence presented in the state court proceedings," id.

On November 13, 2017, this court issued a report and recommendation to Chief Judge Patti Saris, finding that Shedlock had not exhausted the third issue, that the state court judge's decision was based on an unreasonable determination of the facts, and further finding that a stay

[handwritten margin note: 11/6/18 After review of the report and recommendation, I adopt the report and recommendation and also deny a certificate of appealability. Patti B. Saris]